GEFcar
10/4/18

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 12-18298 |
|  | ) |  |
| BARBARA L. GROMEK | ) | JUDGE ARTHUR I. HARRIS |
| JOSEPH A. GROMEK | ) |  |
|  | ) |  |
| Debtors | ) | CHAPTER 11 |
|  | ) |  |
|  | ) | **MOTION TO REOPEN CASE** |

Now comes the Debtors, and move the Court for an Order Reopening their Chapter 11 case. As grounds for the Motion, Debtors state that they wish to file a Motion to Show Cause against BSI Financial Services ("BSI") for violating the Discharge Injunction. The reason for the Motion to Show Cause is that despite this Court's Confirmation Order, BSI is attempting to collect from Debtors by threatening them with Notices of Default and Intent to Accelerate. Debtors believe that this action violates the confirmed plan and Discharge Injunction under Section 524 of the Bankruptcy Code.

Respectfully submitted:

/s/Glenn E. Forbes
Glenn E. Forbes, Esq., #0005513
Attorney for Debtor
FORBES LAW LLC
166 Main Street
Painesville, OH 44077
(440) 357-6211 ext. 128
Email: gforbes@geflaw.net
bankruptcy@geflaw.net

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, a true and correct copy of the Motion to Reopen Case was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

United State Trustee at (registered user)@usdoj.gov

Stacey A. O'Stafy, sao@manleydeas.com

Christopher P. Kennedy, ckennedy@carlisle-law.com

Michelle R. Ghidotti-Gonsalves, mghidotti@ghidottilaw.com

And by regular US Mail, postage prepaid to:

BSI Financial Services
314 S. Franklin Street
Titusville PA 16354

BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

                                        /s/Glenn E. Forbes
                                        Glenn E. Forbes, Esq. (0005513)